| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **Courtroom 940** |
| **EASTERN DISTRICT OF NEW YORK** | DATE: 1/27/2023   TIME: |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | |

CASE: Civil Cause for Telephone Pre-Motion Conference
23cv199 Tsabary et al v. Harman

APPEARANCES:   Plaintiff:  Amy Mara, Laura Catina

Defendant:  Greta Harman, pro se

FTR: AT&T 2:30 – 3:00

**Motion for:**   <u>Injunction by plaintiff</u>
**Movant:**

Case called.

☒   Counsel for all sides present.

☐   Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.   Motion served by:
Response served by:
Reply and all papers filed by:

☐   Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒   Motion argued.

☒   The Court deems the motion made.

☒   Other: <u>For the reasons set forth on the record, motion is denied. The parties are referred to the MJ for a settlement conference.</u>

☐   The parties are to submit order on notice to all parties.

☐   Settlement discussed. Choose an item.

☐   Jury Selection and trial set for:
Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*